168 A.3d 69

**SEABORNE–WORSLEY**

v.

**MINTIENS**

**Pet. Docket No. 154, Sept. Term, 2017**

Court of Appeals of Maryland.

August 28, 2017

(No. 03–C–16–012948, Circuit Court for Baltimore County.) Transferred to the regular docket as No. 26, Sept. Term, 2017.

Petition for writ of certiorari granted

■

169 A.3d 69

**STATE of Maryland**

v.

**BROOKMAN, Crystal**

**State of Maryland**

v.

**Carnes, Marvin Randy**

**Pet. Docket No. 161, Sept.Term, 2017**

Court of Appeals of Maryland.

August 28, 2017

Petition for writ of certiorari and conditional cross petition—both granted.